AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
2019 SEP -9 PM 3: 47
UNITED STATES MARSHALS
COLUMBIA, SC

| | |
|---|---|
| United States of America<br>v.<br>Katrina Marie Aliff<br><br>*Defendant* | )<br>)  Case No. 6:19mj126<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Katrina Marie Aliff,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transportation of a Minor with intent to engage in criminal sexual activity and aggravated sexual abuse of a child [Title 18, USC, Sections 2423(a)(b) and Title 18, USC, Sections 2241(c)]

Date: 09/09/2019

*Issuing officer's signature*

City and state: Greenville, South Carolina

United States Magistrate Judge Kevin F. McDonald
*Printed name and title*

---

**Return**

This warrant was received on *(date)* SEP 9 2019, and the person was arrested on *(date)* 9/8/19
at *(city and state)* Greenville, SC.

Date: 9/11/19

FBI SA Chris Roberts
*Arresting officer's signature*

By: P. Schwartz, CPS
*Printed name and title*